**SEALED**

**FILED**
SEP 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL ANTHONY MARTINEZ<br><br>             Defendants | 1:12 CR 00312 LJO SKO <br><br>ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 9/6/2012        _____
                        U.S. MAGISTRATE JUDGE

3