DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0312 LJO-SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: December 3, 2012 |
| MICHAEL ANTHONY MARTINEZ, | TIME: 1:00 P.M. |
| *Defendant.* | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 29, 2012, **may be continued to December 3, 2012 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense counsel is in receipt of the initial discovery and has had initial plea discussion with the government. Defense needs additional time for further investigation and to arrange a time to view and physical evidence and also intends to make a counter-offer to the government.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

1  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                         Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

DATED: October 19, 2012          By:     /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DANIEL J. BRODERICK
                                         Federal Defender


DATED: October 19, 2012          By:     /s/ Charles J. Lee
                                         CHARLES J. LEE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MICHAEL ANTHONY MARTINEZ




# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


    IT IS SO ORDERED.

**Dated:   October 19, 2012**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE