1    HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2    CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3    Designated Counsel for Service
2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
Telephone: (559) 487-5561
5

Attorney for Defendant
6    MICHAEL ANTHONY MARTINEZ

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,     )   No. 1:12-cr-0312 LJO-SKO
                         )
12            *Plaintiff,*     )   STIPULATION AND  ORDER TO CONTINUE
                         )   STATUS CONFERENCE HEARING
13     v.               )
                         )   DATE:   June 17, 2013
14   MICHAEL ANTHONY MARTINEZ,  )   TIME:   1:00 P.M.
                         )   JUDGE:  Hon. Sheila K. Oberto
15           *Defendant.*   )
                         )
16  ——————————————————————)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for May 20, 2013, **may be**

19  **continued to June 17, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

20       The parties have had extensive plea negotiations on this case and several offers and counter-

21  offers exchanged.  The parties anticipate the latest offer from the government will resolve the case.

22  However, defense counsel will need additional time to review the offer with client, who is currently

23  housed at Lerdo.

24       The requested continuance is with the intention of conserving time and resources for both

25  parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

26  the interests of justice, including but not limited to, the need for the period of time set forth herein for

27  effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

28  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 15, 2013          By:    /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: May 15, 2013          By:    /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL ANTHONY MARTINEZ




                            **O R D E R**

The parties' stipulated request for a continuance of the status conference date to **June 17, 2013,** is

GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter.

Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of

plea hearing before United States District Judge Lawrence J. O'Neill prior to June 17, 2013.  If the parties

are unable to reach an agreement that resolves this matter prior to June 17, 2013, they *shall* be prepared to

select a mutually acceptable trial date at the next status conference on June 17, 2013.  Time is excluded

pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).




IT IS SO ORDERED.

**Dated:   May 16, 2013**                    /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE



Martinez: Stipulation and Proposed Order