1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  1:12-CR-00312-LJO-SKO
                                      )
12                Plaintiff,          )  FINAL ORDER OF FORFEITURE
                                      )
13         v.                         )
                                      )
14 MICHAEL ANTHONY MARTINEZ,          )
                                      )
15                Defendant.          )
                                      )
16 _____)

17        WHEREAS, on August 12, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting

18 to the United States all right, title, and interest of defendant Michael Anthony Martinez, in the following

19 property:

20        a.    A .32 caliber ammunition seized in this case.

21        AND WHEREAS, beginning on August 29, 2013, for at least 30 consecutive days, the United

22 States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

23 site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

24 Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

25 validity of their alleged legal interest in the forfeited property;

26        AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

27 property, and the time for any person or entity to file a claim has expired.

28        Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Michael Anthony Martinez.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 18, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE