HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Michael Anthony Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00312 LJO |
| Plaintiff, | STIPULATION AND ORDER TO SET SENTENCING HEARING |
| vs. | DATE:   March 21, 2016 |
| MICHAEL ANTHONY MARTINEZ, | TIME:    9:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter may be set on March 21, 2016 at 9:30 a.m., pursuant to the Ninth Circuit's remand.

   The requested date takes into consideration the amount of time BOP needs to produce documents necessary at Mr. Martinez's sentencing hearing as well as additional investigation by the defense.

   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  September 30, 2015 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  September 30, 2015 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL ANTHONY MARTINEZ |

**O R D E R**

IT IS SO ORDERED.

   Dated:  **September 30, 2015**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE