HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
MICHAEL ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0312 LJO |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) | ORDER FOR TEMPORARY RELEASE AND TRANSPORTATION TO DELANCEY STREET, SAN FRANCISCO |
| MICHAEL ANTHONY MARTINEZ, | ) ) | |
| *Defendant.* | ) ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Michael Anthony Martinez (Michael Martinez: Fresno County Sheriff's Booking No. 1918597; Personal ID No. 1785936 shall be released to Kevin Mitchel, a social worker with the Office of the Federal Defender, from the Fresno County Jail in Fresno, California on Tuesday April 23, 2019 at 7:00 a.m. Mr. Mitchel will then transport Mr. Martinez directly to the Delancey Street Foundation program located at 600 Embarcadero in San Francisco for an intake interview. If accepted, Mr. Martinez will stay at Delancey Street and abide by all rules of the program. If not accepted, Mr. Mitchel will return Mr. Martinez directly to the Fresno County Jail by no later than 9:00 p.m. on April 23, 2019. All previous imposed terms and conditions of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**April 17, 2019**__ _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE